UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN COLLINS,<br><br>    Plaintiff<br><br>  v.<br><br>C. PLANK, et al.,<br><br>    Defendants | Case No. 2:25-cv-01579-ART-DJA<br><br>ORDER |

**I.    DISCUSSION**

On August 28, 2025, this Court issued an order granting Plaintiff until October 24, 2025, to either pay the full $405 filing fee for a civil action or to submit a fully complete application to proceed *in forma pauperis* with all three required documents. (ECF No. 5). Plaintiff moves for an extension of time to file an application to proceed *in forma pauperis* because of the delays at the prison. (ECF No. 6).

The Court grants Plaintiff's motion for an extension of time until November 21, 2025, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents.

**II.    CONCLUSION**

It is therefore ordered that the motion for extension of time (ECF No. 6) is granted.

It is further ordered that Plaintiff has **until November 21, 2025**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

1  complete application to proceed *in forma pauperis* or pay the required filing fee.
2      The Clerk of the Court is directed to send Plaintiff the approved form application to
3  proceed *in forma pauperis* for an inmate and instructions for the same.

5      DATED: October 22, 2025.

                                                  UNITED STATES MAGISTRATE JUDGE